Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

MELINDA LARA,                              )
                                          )   Case No: 4:19-cv-02351
                    Plaintiff(s),         )
                                          )   **APPLICATION FOR**
         v.                               )   **ADMISSION OF ATTORNEY**
                                          )   **PRO HAC VICE**
ORACLE FINANCIAL GROUP, LLC               )   (CIVIL LOCAL RULE 11-3)
                                          )
                    Defendant(s).         )
_____  )

I, Mohammed Badwan _____, an active member in good standing of the bar of State of Illinois _____, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Melinda Lara _____ in the above-entitled action. My local co-counsel in this case is Nicholas M. Wajda _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 2500 S. Highland Avenue, Suite 200<br>Lombard, IL 60148 | 11400 Olympic Boulevard, Suite 200M<br>Los Angeles, CA 90064 |
| MY TELEPHONE # OF RECORD:<br>(630) 575-8181 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(310) 997-0471 |
| MY EMAIL ADDRESS OF RECORD:<br>mbadwan@sulaimanlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>nick@wajdalawgroup.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6299011 _____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 05/01/19                          Mohammed Badwan _____
                                          APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Mohammed Badwan _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____                          _____
                                          UNITED STATES DISTRICT/MAGISTRATE JUDGE