Mohammed O. Badwan (Illinois State Bar # 6299011 *Admitted Pro Hac Vice*)
mbadwan@sulaimanlaw.com
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELINDA LARA, | Case No. 4:19-cv-02351-WHO |
| Plaintiff, | **~~PROPOSED~~ ORDER ON NOTICE OF DISMISSAL** |
| v. | |
| ORACLE FINANCIAL GROUP, LLC, | |
| Defendant. | |

Plaintiff, MELINDA LARA, by and through her attorneys, SULAIMAN LAW GROUP, LTD., having filed with this Court her Notice of Dismissal and the Court having reviewed same finds:

1. Plaintiff's claims against Defendant, Oracle Financial Group, LLC, are dismissed with prejudice, with both parties to bear their own attorney's fees and cost.

DATED: _JULY 30, 2019_____

_____
JUDGE, U.S. DISTRICT COURT

1